Daniel W. Bower ISB #7204
MORRIS BOWER & HAWS PLLC
12550 W. Explorer Drive, Suite 100
Boise, Idaho 83713
Telephone:  (208) 345-3333
Fax No.:  (208) 345-4461
dbower@morrisbowerhaws.com

Justin Jones (Pro Hac Vice)
JONES LOVELOCK
400 S. 4th St., Suite 500
Las Vegas, NV 89101
Telephone:  (702) 805-8450
Fax No.:  (702) 805-8451
jjones@joneslovelock.com

Attorneys for Conflicted Class Representatives (Limited Appearance)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT CAYNE; RONNIE RIVERA, individually; SEAN RIVERA, individually; KEN McELROY; and the same on behalf of themselves and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>WASHINGTON TRUST BANK, a Washington corporation; and WEST SPRAGUE AVENUE HOLDINGS, LLC, a Washington limited liability company,<br><br>              Defendants. | Case No. 2:12-cv-00584-REB<br><br>**REQUEST FOR STATUS CONFERENCE REGARDING CLASS COUNSEL'S STATUS REPORT TO COURT CONCERNING POTENTIAL CONFLICTS OF INTEREST AMONG CLASS MEMBERS** |

Plaintiffs, Ronnie Rivera, Sean Rivera, and Ken McElroy (collectively referred to as "Conflicted Class Representatives"), appearing specially through their counsel of record, hereby

REQUEST FOR STATUS CONFERENCE REGARDING CLASS COUNSEL'S STATUS REPORT TO COURT CONCERNING POTENTIAL CONFLICTS OF INTEREST AMONG CLASS MEMBERS - 1

submit this Request for a Status Conference Regarding Class Counsel's Status Report to Court Concerning Potential Conflicts of Interest Among Class Members.

As this Court appreciates from prior filings "Class Counsel" and counsel for the Conflicted Class Representatives recognize that "certain potential conflicts have arisen during the pendency of the appeal that must be brought to this Court's attention." *See* Plaintiffs' Motion to File Class Counsels' Status Report to the Court Concerning Potential Conflicts of Interest Among Class Members under Seal and for In Camera Review of Supporting Declarations ("Plaintiffs' Class Counsel's Motion to Seal"), p. 2 [Dkt. 497].

In response to Class Counsel's status report regarding those potential conflicts, Conflicted Class Representatives filed a response to that sealed status report (*see* Ronnie Rivera, Sean Rivera and Ken McElroy's Response to Class Counsel's Status Report to the Court Concerning Potential Conflicts of Interest Among Class Members [Dkt. 503 (filed under seal)]. In that responsive filing, in an effort to fulfill their obligations and duties as class representatives, Conflicted Class Representatives submitted information regarding what it considered a conflict of interest and why court intervention may be required—specifically that Class Counsel has a conflict in representing both the interests of the class members and class representatives.

Class Counsel replied to that response by submitting a declaration and supporting documents [Dkt. TBD (filed under seal)]. Notwithstanding the identification and recognition of the potential conflict, Class Counsel and counsel for the Conflicted Class Representatives have not been able to resolve the issue and believe that this Court's involvement is necessary for the ultimate resolution of these issues. To help resolve these issues and to determine a path forward,

the parties respectfully request that the Court set a status conference so that the parties involved

in the asserted conflict can have a clear path going forward--which is not possible at the present

moment because of the issues created by that alleged conflict of interest.

DATED this 15th day of June, 2018.


/s/ *Daniel W. Bower*
_____
Daniel W. Bower
MORRIS BOWER & HAWS PLLC


/s/ *Justin Jones*
_____
Justin Jones
JONES LOVELOCK

*Attorneys for Conflicted Class Representatives*
*(Limited Appearance)*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this 15th day of June, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Adam H. Springel
Michael A. Arata
SPRINGEL & FINK LLP
10655 Park Run Dr., Ste. 275
Las Vegas, NV  89144

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:  702-804-0798
☒ Email: aspringel@springelfink.com
        marata@springelfink.com

*Attorneys for Plaintiffs & Lead Class Counsel*

Douglas S. Marfice
Christopher D. Gabbert
RAMSDEN, MARFICE, EALY & HARRIS, LLP
700 Northwest Blvd.
PO Box 1336
Coeur d'Alene, ID  83816-1336

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:  208-664-5884
☒ Email: dmarfice@rmehlaw.com
        firm@rmehlaw.com

*Attorneys for Plaintiffs & Co-Class Counsel*

Fred B. Burnside
Rebecca J. Francis
Marvin L. Gray, Jr.
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA  98101

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:  206-757-7700
☒ Email: fredburnside@dwt.com
        rebeccafrancis@dwt.com
        montygray@dwt.com

*Pro Hac Vice Attorneys for Defendants*
*Washington Trust Bank and West Sprague*
*Avenue Holdings, LLC*

William M. Appleton
ATTORNEY AT LAW
922 St. Maries Avenue
Coeur d'Alene, ID  83814

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:
☒ Email:  saros223@gmail.com

*Attorney for Defendants Washington Trust*
*Bank and West Sprague Avenue Holdings, LLC*

REQUEST FOR STATUS CONFERENCE REGARDING CLASS COUNSEL'S STATUS REPORT TO COURT CONCERNING POTENTIAL CONFLICTS OF INTEREST AMONG CLASS MEMBERS - 4

Robert A. Dunn
Bil G. Childress
DUNN & BLACK, P.S.
111 North Post, Suite 300
Spokane, WA  99201

☐ U.S. Mail
☐ Hand Delivered
☐ Facsimile:  509-455-8734
☒ Email:  bdunn@dunnandblack.com
              bchildress@dunnandblack.com

*Pro Hac Vice Attorneys for Defendants*
*Washington Trust Bank and West Sprague*
*Avenue Holdings, LLC*

/s/ *Daniel W. Bower*
Daniel W. Bower