UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| ROBERT CAYNE; RONNIE RIVERA; SEAN RIVERA; KEN McELROY; individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WASHINGTON TRUST BANK, a Washington corporation; and WEST SPRAGUE AVENUE HOLDINGS, LLC, a Washington limited liability company,<br><br>    Defendants. | Case No.: 2:12-cv-00584-REB<br><br><br>**ORDER DENYING, WITHOUT PREJUDICE, CONFLICTED CLASS REPRESENTATIVES' MOTIONS FOR HEARING**<br>**(DKTS. 504, 507)** |

Pending are a Motion for Hearing (Dkt. 504) and Supplemental Motion for Hearing (Dkt. 507) filed by three of the four Class Representatives. The Motions allege a potential conflict of interest between these "Conflicted Class Representatives" and Class Counsel. While these motions were pending, a settlement agreement was reached in this case. (*See* Class Counsel's Motion for Settlement (Dkt. 532)). The Conflicted Class Representatives joined the Motion for Settlement (Dkt. 535) and executed the settlement agreement. (Dkt. 534.) The Court has preliminarily approved the settlement and will conduct a Fairness Hearing on May 22, 2019 to decide whether to give final approval. (Dkt. 537).

Given the present posture of the case, specifically that the proposed settlement agreement has been signed by all named parties and counsel, the issues raised by the motions are mooted, at least for the time being. Accordingly, the Motion for Hearing (Dkt. 504) and Supplemental Motion for Hearing (Dkt. 507) are hereby **DENIED,** without prejudice to being refiled if circumstances warrant.

    **IT IS SO ORDERED**.

DATED: **March 8, 2019**

_____
Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**ORDER RESOLVING MOTIONS FOR HEARING – 1**